## FIRST DEPARTMENT, MAY TERM, 1890.

**Decisions handed down May 9, 1890.**

The Mayor, etc., of the City of New York, Respondent, v. The National Broadway Bank of the City of New York, Appellant. — Judgment affirmed. Opinion by Daniels, J.

The Mayor, etc., of the City of New York, Appellant, v. The Tradesmen's National Bank of the City of New York, Respondent. — Judgment affirmed. Opinion by Daniels, J.

Charles T. Russell and others, Respondents, v. Samuel W. Allerton, Appellant. — Judgment and order reversed and new trial granted, with costs to the defendant to abide event. Opinion by Daniels, J.

David H. Gould and others, Appellants, v. George I. Seney and others, Respondents. — Judgment modified as stated in opinion, and as modified affirmed, without costs to either party. Opinion by Daniels, J.

Jacob Oppenheimer, Respondent, v. Asahel W. Humphreys and others, Administrators, etc., Appellants. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Daniels, J.; dissenting opinion by Brady, J.

Eleanor C. Phillips, Appellant, v. The New York Life Insurance Company, Respondent. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.; dissenting opinion by Brady, J.

People ex rel Henry Woltman v. Theodore W. Myers, Comptroller, etc. — Motion granted.

William Benson, Respondent, v. Charles A. Gerlach, Appellant. — Motion denied; ten dollars costs of motion to respondent to abide event of appeal.

Philip W. Scribner, Assignee, etc., Appellant, v. Solomon Jacobs, Respondent. — Judgment reversed and new trial ordered, with costs to the plaintiff to abide event. Opinion by Daniels, J.

Kate P. Lutz, Respondent, v. Alexander Lutz, Appellant. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Daniels, J.

Albert P. Miller, Respondent, v. New Jersey Steamboat Company, Appellant. — Motion denied, with ten dollars costs to respondent to abide event of appeal. (Mem.)

Andrew Roseberry, Respondent, v. Kate M H. Nixon, Appellant. — On payment of ten dollars costs motion denied.

In the Matter of the Judicial Settlement of the Accounts of Frank H. Gray, Executor, etc. — Upon appellant's stipulating to argue in October, and paying ten dollars costs of motion, motion denied.

In the Matter of John A. Dalzell, an Attorney, etc. — We think motion should be made in department in which attorney has his office and residence.

Robert Kell, Appellant, v. Solomon Isaacs and others, Respondents. — Motion denied.

George Munro, Respondent, v. Frank Tousey, Appellant. — Motion denied, with ten dollars costs.

Robert Macdonald and others, Appellants, v. Anna Wallstein and others, Respondents. — Motion denied, without costs.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Rachel Berrien, Deceased. — Motion denied.

Elise Kohler and others v. John Lindenmeyr. — Motion denied and ten dollars costs to abide event of appeal.

The People of the State of New York, Respondent, v. James P. Henries, Appellant. — Judgment affirmed. Opinions by Brady, J., and Van Brunt, P. J.

Jacob S. Rogers and others, Appellants, v. William Walter Phelps and others, Respondents — Judgment affirmed. Opinion by Daniels, J.; Van Brunt, P. J., dissents.

Robert Warren, Appellant, v. The Rendrock Powder Company, Respondent. — Judgment affirmed. Opinion by Brady, J.

Josephine M. McBride, Respondent, v. Robert P. McBride, Appellant. — Judgment reversed and new trial ordered, without costs. Opinion by Van Brunt, P. J.

Kate Hogan, Administratrix, etc., Respondent, v. Allen C. Smith and others, Appellants. — Judgment affirmed. Opinion by Brady, J.

The People of the State of New York, v. The American Bell Telephone Company. — Motion for allowance granted. One thousand dollars allowed.

Joseph S. Richards, Respondent, v. Sarah Frances Richards, Appellant. — On appellant's paying ten dollars costs of motion stipulating to argue at next term of court, motion denied.

Edward B. Babcock, Respondent, v. The Schuylkill and Lehigh Valley Railway Company, Appellant. — Judgment affirmed. Opinion by Brady, J.

The People of the State of New York ex rel. John J. Quinn v. J. Hampden Robb and others, Commissioners, etc., Respondents. — Dismissal affirmed and writ dismissed, with costs. Opinion by Bartlett, J.

Mary C. Carroll, as Executrix, etc., Plaintiff, v. John Conley, Jr., Defendant. — The court is of the opinion that the plaintiff is able to give a good and marketable title, and that she have judgment accordingly, with costs. Opinion by Barrett, J.

**Decisions handed down May 16, 1890.**

Charles Muller v. Charles F. Post. — On payment of ten dollars costs, motion denied.

Ralph S. Hamilton, Respondent, v. Frederick D. Steck, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Herman Stein and others, Appellants, v. Charles F. Levy, Respondent, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

John E. Sweeney, Appellant, v. Charles D. Sweeney and others, Respondents. — Judgment affirmed, with costs. Opinion by Brady, J.

Henry Thoesen, Respondent, v. Thomas D. Crowe, Appellant. — Order modified as stated in opinion, and as modified affirmed, without costs of the appeal to either party. — Opinion by Daniels, J.

Mary Peard, Appellant, v. John D. Karst, Jr., and others, Respondents. — Judgment as to defendant John D. Karst, Jr., reversed and new trial ordered, with costs to appellant to abide event, but as to the other defendant the judgment in his favor affirmed. Opinions by Brady, J., and Daniels, J.; dissenting opinion by Van Brunt, P. J.

John Lamberty v. Milton J. Roberts. — Motion for reargument denied, with ten dollars costs. Opinion Per Curiam.

Herman Hahlo and others, Respondents, v. Hugh J. Grant, as Sheriff, etc., and others, Appellants. — Judgment and order denying motion for new trial affirmed, with costs. Opinion by Barrett, J.

Anthony J. Drexel and others, Respondents, v. Joseph M. Pease and others, Appellants. — Judgment rendered in the plaintiff's favor affirmed, except as to the extra allowance,